# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 20, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 20͞

Abel Acosta, Clerk

Re: Steven LaWayne Nelson
v. Texas
No. 15-5265
(Your No. AP-76,924)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 13, 2015 and placed on the docket July 20, 2015 as No. 15-5265.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk